Jeff Berke (SBN 101574)
jeff@berkehakimi.com
Helga Hakimi (SBN 257381)
helga@berkehakimi.com
BERKEHAKIMI
12400 Wilshire Boulevard, Suite 450
Los Angeles, CA 90025
Telephone: (310) 235-2009
Facsimile: (310) 826-5250
Attorneys for Defendant Wilson & Valley Towing

E-FILED 8/18/17

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEHOVAH HENDRICKSON,

    Plaintiff,

vs.

CITY OF SANTA MONICA, a California municipality, AURELLO "DUKE" TORRES, an individual, RICHARD ELIAS, an individual, PHILLIP DeRYCK, an individual, MICHAEL CHUN, an individual, OFFICER GREER (badge no. 3774), an individual, OFFICER ABENOJA (badege no. 3598), an individual, WILSON & VALLELY TOWING, a California business entity, RITTER LIEN SALES, INC., a California business entity, and DOES 1-20,

    Defendants.

Case No.: 2:16-CV-07768-PSG-AJW
Honorable Philip S. Gutierrez

[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT WILSON & VALLELY TOWING

[Motion for Summary Judgment; Separate Statement of Undisputed Material Facts, Declarations of Robert Rowbotham, John Tanaka and Jeff Berke; and Request for Judicial Notice Concurrently Herewith]

Date: August 21, 2017
Time: 1:30 p.m.
Courtroom 6A

Pretrial Conf. Date: 09/18/2017
Trial Date: 10/03/2017

Defendant Wilson & Vallely Towing's Motion for Summary Judgment is now before the Court. After due consideration of the briefing submitted by the party, and good cause appearing therefor, the Court rules as follows:

1. Wilson & Vallely's actions in towing, storing, and selling at lien sale the subject vehicle were all performed pursuant to its contract with the City of Santa Monica.

2. The lien sale of the subject vehicle was conducted in full compliance with the California Lien Sale Law, and specifically the provisions of Vehicle Code Sections 22670 and 22851, and Civil Code Sections 3068.1 and 3072.

3. Wilson & Vallely has no liability with regard to Plaintiff's claim of conversion of his vehicle because the lien sale laws were fully complied with.

4. Wilson & Vallely has no liability with regard to Plaintiff's claim of conversion of his personal property contained in the vehicle under Vehicle Code Section 22851(b).

5. Summary judgment is granted in Wilson & Vallely's favor.

**IT IS SO ORDERED.**

Dated: 8/18/17

**PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez
United States District Court Judge